UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  Case No. 8:04-CR-256-T-24TGW

LANGSTON X. NEAL
_____/

## ORDER

This matter comes before the Court on a petition alleging violations of the conditions of supervised release. On June 22, 2009, the US Probation Services Officer filed a petition with the Court (Doc. 91) stating that the Defendant Neal violated the conditions of his supervised release by failing to make restitution, in violation of the Court's order, which required him to make payments of $100.00 per month. The Petition further explains that between June 23, 2006 and June 19, 2009, the Defendant Neal failed to make restitution payments according to the payment schedule ordered by the Court on December 14, 2004. Defendant Neal was scheduled to terminate supervised release on June 22, 2009.

On July 28, 2009, the Court conducted a hearing. At the hearing, Defendant Neal admitted to committing the violation set out above, but stated he was without funds to pay the restitution payments as ordered.

The Court finds that Defendant Neal's non payment of restitution, is due in part to not having the funds to make the scheduled restitution payments. The Court declines to revoke Defendant Neal's supervised release.

It is **ORDERED** that Defendant Neal's supervised release be terminated as of the date of this order. However, Defendant Neal's obligation to pay the balance of the restitution remains.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of July, 2009.

SUSAN C. BUCKLEW
United States District Judge

Copies: Counsel of Record
U.S. Probation